ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3-14-cv-1019-CRS

ESTATE OF GLADYS L. SANDUSKY, by
PEGGY SANDUSKY, ADMINISTRATRIX
for and on behalf of the ESTATE OF
GLADYS L. SANDUSKY                    PLAINTIFF

v.                    **NOTICE OF REMOVAL**

SPRINGFIELD NURSING AND REHABILITATION
CENTER; SPRINGFIELD HEALTH FACILITIES, L.P.;
AND SPRINGFIELD HEALTH FACILITIES GP, LLC          DEFENDANTS

\* \* \* \* \* \* \* \* \*

Come now Defendants, Springfield Health Facilities, L.P. d/b/a Springfield Nursing and Rehabilitation Center and Springfield Health Facilities GP, LLC ("Defendants"), through counsel, and for their Notice of Removal from the Washington Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, state as follows:

     1.      On December 8, 2014, Peggy Sandusky ("Plaintiff") filed a Complaint in the Washington Circuit Court styled, *Estate of Gladys L. Sandusky, by Peggy Sandusky, Administratrix for and on behalf of the Estate of Gladys L. Sandusky v. Springfield Nursing and Rehabilitation Center; Springfield Health Facilities, L.P.; and Springfield Health Facilities GP, LLC*, Commonwealth of Kentucky, Washington Circuit Court, Case No. 14-CI-00115.

     2.      The Complaint alleges Defendants, Springfield Health Facilities, L.P. d/b/a Springfield Nursing and Rehabilitation Center and Springfield Health Facilities GP, LLC, were negligent in their care and treatment of Gladys L. Sandusky. Plaintiff seeks to recover

compensatory and punitive damages from Defendants.

3. Springfield Health Facilities, L.P. d/b/a Springfield Nursing and Rehabilitation Center was served with the Summons and the Complaint on December 11, 2014.

4. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332 based upon diversity jurisdiction. Upon information and belief, Plaintiff is a resident and citizen of Washington County, Kentucky and Defendant, Springfield Health Facilities, L.P. d/b/a Springfield Nursing and Rehabilitation Center, is a foreign limited partnership organized under the laws of the State of Texas, with its principle place of business at 5420 W. Plano Parkway, Plano, Texas 75093. The limited partner for Springfield Health Facilities, L.P. d/b/a Springfield Nursing and Rehabilitation Center is Thomas Scott, a resident of Texas, and the general partner is Springfield Health Facilities GP, LLC, a Texas limited liability company organized under the laws of the State of Texas, with its principal place of business in the State of Texas. Thus, the parties are citizens and residents of different states and the requirement of complete diversity is satisfied. *See* 28 U.S.C. §1332(a).

5. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The Circuit Court of Washington County, Kentucky is located within the jurisdiction of the United States District Court for the Western District of Kentucky, Louisville Division. Therefore, venue is proper in this Court and division pursuant to 28 U.S.C. §1441(a).

6. Based upon the allegations raised in the Complaint attached hereto, this matter in controversy exceeds $75,000.00 in damages, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. §1332(a), this Court has jurisdiction over this action because it is facially apparent from Plaintiff's Complaint that Plaintiff is seeking damages in excess of the jurisdictional amount in controversy. 28 U.S.C. § 1441(a) provides that "any civil action brought in state court which the district courts have original jurisdiction may be removed by the defendant . . . to the district court of the United States for the district embracing the place where such action is pending." Federal District Courts "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between . . . citizens of different states." 28 U.S.C. §1332(a). When determining whether a case meets the jurisdictional requirement for purposes of removal, courts should consider "whether it is 'facially apparent' from the complaint that the damages are 'likely above' the jurisdictional amount in controversy." *Rotschi v. State Farm*, 114 F.3d 1188, 1188 (6th Cir. 1997). Accordingly, the amount in controversy requirement is satisfied. *See* 28 U.S.C. §1332(a). Plaintiff seek compensatory damages and punitive damages as well as costs. Thus, it is facially apparent that Plaintiff is seeking damages in excess of the jurisdictional amount.

8. This Notice of Removal has been filed within thirty (30) days of the date when the action became removable as required by 28 U.S.C. §1446(b). This Notice of Removal is further consistent with 28 U.S.C. §1446(b) in that it has been filed within one year after the commencement date of this action.

9. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon these Defendants in the State Court Action are attached to this Notice as Exhibit "A."

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon all parties and a copy is being filed with the Circuit Court of Washington County,

3

Kentucky.

11.     Because 28 U.S.C. §1332(a) confers federal subject matter jurisdiction over this action, removal of this action to this Court is proper pursuant to 28 U.S.C. §1441.

**WHEREFORE**, Defendants, Springfield Health Facilities, L.P. d/b/a Springfield Nursing and Rehabilitation Center and Springfield Health Facilities GP, LLC, at all times relevant hereto give Notice of the removal of this action from the Circuit Court of Washington County, Kentucky, to the United States District Court for the Western District of Kentucky in the Louisville Division.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/ Matthew C. Cocanougher*
J. Peter Cassidy, III, Esq.
Matthew C. Cocanougher, Esq.
2452 Sir Barton Way, Ste. 300
Lexington, KY  40509
859-226-0057
859-226-0059 – facsimile

- and -

Donald L. Miller, II, Esq.
9300 Shelbyville Rd., Ste. 400
Louisville, KY  40222
502-423-6390
502-423-6391 – facsimile
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on December 31, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on the 31st day of December, 2014, upon:

John E. Hackley, Esq.
117 W. Main St. #2
Stanford, KY 40484

Jason E. Williams, Esq.
Williams Farmer & Towe Law Group
802 N. Main St.
P.O. Box 3199
London, KY 40743

Joanne Mudd Miller
Washington County Circuit Clerk
Washington County Judicial Center
100 E. Main St., Suite 100
Springfield, KY 40069

                                            /s/ Matthew C. Cocanougher
                                            ATTORNEY FOR DEFENDANTS