# MELISSA TODD, APRN

## 8/12/2016

J. Peter Cassidy, III
Quintairos, Prieto, Wood & Boyer, PA
2452 Sir Barton Way, ste 300
Lexington, KY 40509

RE:  Estate of Gladys L. Sandusky, by Peggy Sandusky, a/o estate of Gladys L Sandusky vs. Springfield Nursing and Rehabilitation Center, Springfield Health Facilities, LP and Springfield Health Facilities, GP, LLC

Dear Mr. Cassidy:

At your request, I have reviewed key medical records and relevant documents regarding this litigation as provided by you and I am submitting this report containing my opinions as to any breach of standard of care by Springfield Nursing and Rehabilitation Center in its nursing management of Mrs. Gladys Sandusky.

**Qualifications:**

I am currently licensed as an APRN in Kentucky.  I practice full time in an internal medicine office treating adult and geriatric patients with conditions similar to Mrs. Sandusky, including patients who currently reside in assisted care and nursing homes.  I also have extensive experience working as a registered nurse in nursing homes, in various positions, taking care of patients with conditions similar to Mrs. Sandusky in facilities comparable to the Springfield Nursing and Rehabilitation Center.  My educational background and credentials are outlined in my CV.  I am qualified to provide an opinion on the nursing standard of care in this case.

**Materials Reviewed:**

The following documents have been reviewed:

1. Complaint
2. Death Certificate
3. APS records regarding Gladys Sandusky
4. Depositions of the following:  Ellen Nalley; Brenda Vaught; Linda Young; Peggy Sandusky; Sheila Mann; Kelly Spalding; Cindy Osborne and Taylor Murphy.
5. Color photos from plaintiff
6. Plaintiff's interrogatory answers
7. Rule 26 disclosures
8. Springfield Nursing facility records
9. Hosparus Hospice Care records
10. Ephraim McDowell Regional Medical Center records
11. Flaget Memorial Hospital records
12. Life Care Center of Bardstown records

      13. Spring View Hospital records
      14. Washington County EMS records

My opinions are based on a reasonable degree of nursing probability following a review of these documents in addition to my qualifications as a practicing nurse.

**Opinion:**

      It is my opinion that management of Mrs. Sandusky by Springfield Health and Rehabilitation Center met the relevant standards of nursing care and did not result in nursing negligence. My opinions are based on review of the records listed above.

      Mrs. Sandusky was admitted to Springfield Health and Rehabilitation Center on 2/27/10 with the following dx: dementia, HTN, UTI and falls. Throughout her almost 4 year residency at the facility, she also had other dx including: gout, depression, dementia with behavior, renal failure, anxiety, insomnia, psychosis, constipation, GER, hypothyroidism, immobility, and hyperlipidemia. It was anticipated she would be a long term resident on admission due to her dementia. The facility performed the appropriate clinical assessments and created specific plan of care in timely manner. There were many care plan risk factors identified, all of which were appropriate for her clinical condition. Physician orders were implemented and treatments administered as appropriate.

      Throughout the residency Mrs. Sandusky physically and mentally deteriorated due to her dementia diagnosis. She eventually became bed bound and unable to move on her own, requiring total assist for all care. She was non-communicative by the end of her residency.

      Mrs. Sandusky was at risk for several problems, all of which were appropriately care planned, outlined below:

1. Falls: she had multiple falls throughout her stay, as expected for a dementia patient who had a history of home with expected decline. Care plans contained many interventions over the length of her stay to address her fall risk including toileting Q2-3hrs, removal of bedside commode so as not to tempt her to get up unassisted, body alarms, bed and wheelchair alarms, non-skid strips on the floor, fall mats at her bedside, mechanical lift for transfers, bed against the wall, in lowest position, enabler bars, scoop mattress, geri chair, broda chair, many, many interventions over time, all in the attempt to provide a safe environment, which, was appropriately done as she did not sustain any serious injury from falls.

2. Weight: weight was routinely monitored; she was given oral supplements, feeding assistance, speech evaluation, nutrition reviews. Fluids were encouraged. She was given Azo cranberry tablets and Vitamin C in an attempt to prevent UTI, which she

        was appropriately recognized as being at risk for, and treatment was administered appropriately when they were recognized.

3. Skin- appropriate hygiene was provided.  Appropriate turning and positioning was provided.  A testament to this is that she did not develop wounds or pressure ulcers with her residency.  She received skin assessments and monitoring for skin problems.

Mrs. Sandusky's daughter attended some of the care conferences and apparently expressed her pleasure with the care given to her mother to the staff.  She was notified of changes in conditions and requests that she made concerning her mother were accommodated. According to the Social Services Director her daughter did not have complaints regarding her mother's care.

On 10/14/13 Mrs. Sandusky was emergently transported to Spring View Hospital due to CNA reports of "blood coming from the nose and mouth" and the nursing staff appropriately notified the physician and the family of this situation and sent her for evaluation timely.  By the time the patient made it to the ER and received assessment, there was some bruising noted and a CT scan of the head noted a left frontal scalp hematoma and non-displaced bilateral nasal fracture and notified the facility, there was no bruising present when the patient left the facility to go to the hospital.  The hospital reported this event to APS, who conducted a full and thorough investigation, with the full cooperation of the nursing facility and staff, and found the etiology or cause of the nasal fracture, remained inconclusive.  APS found no past history of abuse in any employee caring for Mrs. Sandusky.  The employee depositions remain clearly supportive that the patient was not injured by anyone in the facility and there was no sign of bruising or hematoma before she left the facility on the evening of 10/14/13.

The staff at Springfield provided appropriate care to meet Mrs. Sandusky's medical and nursing needs.  They did not breach the standard of care.  They cared for her according to physician orders and care plans, and monitored her clinical condition and change in condition.  They intervened as necessary and communicated with physician, nurse practitioner, and family.  They instituted appropriate nursing care plans and followed physician orders as directed.

As discovery is ongoing, I reserve the right to supplement my report and/or change my opinion based on any new information that may be provided to me in the future.

Sincerely,

Melissa Todd, APRN

Melissa C. Todd, APRN, FNP-BC

541 Alderbrook Way   Lexington, KY 40515   (859)333-4070   tmissy2missy@aol.com

**Qualifications**
Nursing specialty areas:
- Care and management of Alzheimer's/Dementia/Cognitively impaired patients
- ICU/CCU/telemetry patients
- Renal failure (acute and chronic)/hemodialysis patients
- Cancer/hospice/end of life care
- Management and treatment of acute and chronic wounds
- Development/implementation of nursing standard policies and procedures
- Adult education and training techniques
- Methods of instruction for nurse aide training certification
- Long-term care rules and regulations
- Medicare/Medicaid Minimum Data Set assessments
- RAI process/Care planning/RAP protocols
- Long term care survey/Informal dispute resolution processes
- Multispecialty physician office management
- AAAHC accreditation process
- Quality Improvement

**Education**
- Lexington Community College:  RN-ADN May 1992
- Midway College:  BSN May 2012
- Eastern Ky University:  MSN, FNP May 2015

**Experience**
- **1992-1993**:  **Good Samaritan Hospital ICU/CCU/Telemetry department.**
    - Code team response to all hospital emergencies
    - Management and care of intensively ill cardiac, stroke, post-surgical patients with various secondary and co-morbid diseases
    - Completion of additional 40 hours of education courses each year in specialty/Critical Care Core Curriculum

- **1993-1997**:  **Dialysis Clinic Inc. Acute hemodialysis nursing**
    - Hemodialysis of acute hospitalized patients in ICU/CCU/Emergency room/surgical patients
    - Management of 10 RN's and tech
    - Director of quality assurance and Joint Commission Survey preparation
    - Management of 5 physician patient consult and schedules
    - Hospital management liaison
    - Additional 40 hours of training of the acute and chronic renal failure patient

- **1997-2002**:  **Christian Health Center**
    - **Skilled unit coordinator**: assessment of skilled patient needs, minimum data set assessment, Care planning.  Regulatory compliance, wound assessment, clinical assessment, staff training, policies and procedures
    - **Assistant director of nursing**: regulatory compliance, quality assurance coordinator, fall assessment, wound care assessment, psychotropic drug assessment, and dementia care management
    - **Staff development coordinator**: training and education of new staff, existing staff, nurse aide training courses, Regulatory compliance, policies and procedures, dementia care management and training.  Completion of annual training on regulatory care issues:  Restraints, wounds/pressure ulcers, Infection control, falls, and survey process.  MOI certification for Nurse Aide Training

- **2002-2005**:  **Mayfair Manor Nursing Home Director of Nursing Services**
    - 98 bed certified Medicare/Medicaid/private pay facility. 100+ employees
    - Wound care director, quality assurance and infection control director
    - Nursing home quality indicator reporting/monitoring
    - Wrote and implemented plan of correction, Informal dispute resolution process, mock survey/survey readiness, hiring/training staff
    - Personnel issues, in-services, policies and procedures
    - Chart review and patient occurrence review
    - Staffing, scheduling, budget compliance and preparation
    - Completion of additional Director of Nursing/Regulatory process training in Palm Beach, Florida in 2005, 40 hours completion of training
    - Additional annual training on wound assessment, restraint reduction, falls prevention, Infection control processes, and psychotropic medication management

- **2005 to August 2015:**  **Lexington Clinic Clinical Standards Manager**
    - develop, write, and implement nursing/clinical policies and procedures for Multi-specialty physician's office clinics
    - Clinical staff training and education regarding clinical skills competency
    - Student affiliate contract negotiator/clinical coordinator
    - Patient and employee Safety issues, clinical staff competency and education
    - Chair of Safety and Infection Control Committee
    - Accreditation committee member/AAAHC
    - OSHA training and compliance
    - Risk management/legal review of occurrences and Trends/safety committee, clinical safety Processes
    - Medical records review
    - Workman's Compensation Case management and direct oversight of employee Workman's compensation contracts and claims handling
    - Quality monitoring/quality project assistance/accreditation survey preparedness
    - Electronic Health records- Integrate/IC chart
    - KBN Nursing CE provider nurse coordinator/employee education programs
    - Employee wellness committee
    - Infection Control Officer

- **August 2015 to present full time:**  **Lexington Clinic Internal Medicine APRN**
    - Full-time internal medicine office practice
    - Primary care of patients with chronic disease
    - Acute care problems
    - Wellness and preventative medicine
    - Primarily adult and geriatric population

- **2006- to December 2014 prn**:  **Sayre Christian Village Nursing home**
    - CPR instruction and Certification of staff
    - Consult and education on policies/procedures
    - MAR/TAR reviews
    - Staff nurse as needed
    - House supervisor as needed

- **2007 to present prn work:**  Independent legal consultant
    - Expert witness chart review and opinion statements
    - Deposition and court testimony

- **2010- 2011 Part time:**  **Spencerian College Adjunct Faculty staff member**
  - Health and Safety class instruction
  - Anatomy and Physiology class instruction

# Melissa Todd, APRN

**541 Alderbrook Way**
**Lexington, Ky 40515**
**(859) 333-4070 cell phone**
**(859) 971-8877 home phone**
tmissy2missy@aol.com

**2015 Fee Schedule**

Case Review expert services:
$150.00 per hour
**If a review and/or report are required within 10 days or less of receipt of medical records, a premium charge of $175.00 per hour will apply.**

Deposition testimony:
$250.00 per hour

Scheduled Court Appearances:
$1000.00 minimum for ½ day, then at $250.00/hour

Court Appearance cancellations are to be made within 72 hours, or a $200.00 cancellation charge will occur.

Court Appearances are to be scheduled within a reasonable amount of time. If a court appearance is required with less than 48 hour notice, a $200.00 premium charge will be added to the first day appearance fee.

**Any required overnight travel accommodations will be pre-paid and arranged by the attorney client prior to arrival date.**
**A travel time allowance, meal allowance, and gas allowance will be negotiated with the attorney client and pre-paid before the scheduled court appearance arrival date.**

**Please provide payment of invoices within 30 days of submission. If payment is not provided within 30 days, an additional charge of $50.00 will apply.**

# CASE LISTING:

**Defense testimony:**

**Quintairos, Prieto, Wood & Boyer, PA- Louisville Office**

- Pete Pullen- Pope vs. Extendicare/Medco of Campbellsville- Deposition
- Greg McDonald- Bishop vs. Kindred Healthcare-Deposition
- Greg McDonald- Darby vs. Kindred, et al- Deposition

**Middleton Reutlinger-Louisville**

- Bill Oldham- Haming vs. Meadowview Health and Rehab Center -Deposition
- Bill Oldham-Cena Ferguson vs. New Hart County Health Care-Deposition
- Bill Oldham- Bolton vs. EPI Healthcare, dba Richmond Health and Rehab complex -deposition
- Bill Oldham- Chesser vs. Life Care Center of Bardstown, et al -deposition

**Buckingham, Doolittle & Burroughs- Ohio**

- Timothy Spirko- Dorthene Spiesman vs. Geneva Village Retirement Community -Deposition

**BD Law-Louisville**

- Bill Oldham- McClane vs. Life Care Center of Paducah- live trial testimony

**Marshall, Dennehey, Warner, Coleman & Goggin-Ohio**

- Jason Ferrante- Matuska vs. Saber Healthcare- deposition and live trial testimony

**Reminger-Louisville**

- Rob Ott- Turner vs. Pine Meadows- deposition

**Reminger- Ohio**

- Erin Hess- Howell/McKinley vs. Eliza Jennings Home- deposition

**Dzenitis-Newman- Louisville**

- Chris Piekarski- estate of Gary Fabin vs.Parkview- deposition

**Plaintiff testimony:**

**Burch, Porter and Johnson- Tennessee**

- Les Johnson-Dixon vs. Allenbrooke –Deposition

**Hughes & Coleman-Louisville**

- Joe Bill Campbell- Rohrs vs. SKY rehabilitation- Deposition